Frank B. Holland, appellee, v. Bird-Sykes Company, appellant. Gen. No. 7,450.

Suit upon claim for personal property levied upon by sheriff. Judgment for plaintiff. Appeal from the County Court of Peoria county; the Hon. Glen J. Cameron, Judge, presiding. Heard in this court at the October term, 1924. Reversed and remanded. Opinion filed April 25, 1925.

George J. Jochem, for appellant; Miller, Elliott & Westervelt, of counsel. I. R. Wasson and Harry C. Heyl, for appellee; Heyl & Heyl, of counsel.

Mr. Presiding Justice Jett delivered the opinion of the court.

---

Maude M. Ely, administratrix of the estate of William R. Ely, deceased, appellee, v. Prudential Insurance Company of America, appellant. Gen. No. 7,212.

Assumpsit upon insurance policy. Judgment for plaintiff. Appeal from the Circuit Court of Grundy county; the Hon. Joe A. Davis, Judge, presiding. Heard in this court at the October term, 1924. Reversed and remanded. Opinion filed April 25, 1925.

Hoyne, O'Connor & Rubinkam, H. B. Smith and Phillips & Middleton, for appellant. Frank H. Hayes and Jay Stough, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Julius Van Nevel and Theophiel Martens, plaintiffs in error. Gen. No. 7,385.

Prosecution for violation of liquor law. Defendants convicted. Error to the County Court of Rock Island county; the Hon. George D. Long, Judge, presiding. Heard in this court at the October term, 1924. Reversed and remanded. Opinion filed April 25, 1925.

Kenworthy, Dietz, Shallberg, Harper & Sinnett, for plaintiffs in error. Benjamin S. Bell, State's Attorney, and Edward L. Eagle, Assistant State's Attorney, for defendant in error.

Mr. Presiding Justice Jones delivered the opinion of the court.

---

Sam Dudley, appellant, v. Inglaterra Amusement Company, appellee. Gen. No. 7,395.

Suit under Civil Rights Act. Judgment for defendant. Appeal from the Circuit Court of Winnebago county; the Hon. Earl D. Reynolds, Judge, presiding. Heard in this court at the October term, 1924. Reversed and remanded. Opinion filed April 25, 1925.

Garrett, Maynard & Hull, for appellant. Fisher, North, Linscott & Gibboney, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.

---

Daniel Whisler, appellant, v. First National Bank of Galesburg et al., appellees. Gen. No. 7,443.

Bill to foreclose real estate mortgage. Dismissed. Appeal from the Circuit Court of Warren county; the Hon. Walter C. Frank, Judge, presiding. Heard in this court at the October term, 1924. Reversed and remanded with directions. Opinion filed April 25, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Grier, Safford & Soule, for appellant. L. E. Murphy, J. J. Kritzer and Hardy & Hardy, for appellees.

Mr. Presiding Justice Jones delivered the opinion of the court.